# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KATHLEEN HUPFAUER, | |
| Plaintiff, | Case No. 1:16-cv-00475 |
| v. | Honorable Chief Judge Ruben Castillo |
| CITIBANK, N.A., EQUIFAX INFORMATION SERVICES, LLC. and EXPERIAN INFORMATION SOLUTIONS, INC. | |
| Defendants. | |

## MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY

NOW COMES Plaintiff KATHLEEN HUPFAUER ("Plaintiff"), by and through her undersigned attorneys, and seeks leave to submit the following supplemental authority in support of her response to Defendant Experian Information Solutions, Inc.'s ("Experian") Motion to Dismiss (Dkt. 42):

- *Jackson v. Experian Information Solutions, Inc. et al*, Case No. 15 CV 11140 (N.D. Ill., May 19, 2016) attached here as Exhibit A.

Dated: May 31, 2016

Respectfully Submitted,

/s/ Mohammed O. Badwan
Mohammed O. Badwan
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188
mbadwan@sulaimanlaw.com

1

## **CERTIFICATE OF SERVICE**

I, Mohammed O. Badwan, an attorney, certify that a true and correct copy of the foregoing **Motion for Leave to Submit Supplemental Authority** was served via ECF, this 31st day of May 2016, which will send notice to all parties of record.

/s/ Mohammed O. Badwan